IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                             CASE NO. 4:01CV450 - SPM

ELLA MAE GILBERT;
CITY FINANCIAL, INC. a/k/a ASSOCIATE
FINANCIAL SERVICES OF AMERICA, INC.;
and ADVANTA NATIONAL BANK USA

    Defendants.
_____/

ORDER CONFIRMING SALE AND FOR DISBURSEMENT OF FUNDS

    This cause came on to be heard on motion of the plaintiff United States of America for confirmation of the foreclosure sale of the property involved in this cause, lying and being in Gadsden County, Florida, to wit:

> Commence at an iron pipe (found) marking the Northeast Corner of Lot 3, Block 6, of Sunny Crest, a subdivision as per map or plat thereof recorded in Plat Book 1, page 8 of the Public Records of Gadsden County, Florida, also said point marking the Northwest Corner of Lot 4, Block 6 of said subdivision, and run, Thence West along Northern boundary of said Lot 3 and the projection thereof, a distance of 156.53 feet to a point on the Easterly right-of-way boundary of Slappey Street, Thence South along said Easterly right-of-way boundary, a distance of 75.42 feet to the POINT OF BEGINNING. From said POINT OF BEGINNING thence continue South 75.42 feet to a point of intersection of said Easterly right-of-way boundary and the Northerly right-of-way boundary of Crawford Street, Thence East along said Northerly right-of-way boundary, a distance of 131.53 feet, Thence North 75.42 feet, Thence West 131.53 feet to the POINT OF BEGINNING. Containing 0.23 acres more or less.

    Subject to all easements of record and unpaid taxes.

It appearing that the United States Marshal has carried out his duties in accordance with the law (28 U.S.C. §§2001-2002) and it further appearing that

Carlton Sheffield, was the highest bidders at the sale for the amount of $65,000.00, and the above-described property was sold to Waldorf Enterprises for that amount and the Court being fully advised in the premises, it is, therefore:

1. The Report of Sale dated August 31, 2007, filed herein by the United States Marshal be and the same is hereby confirmed and approved; and

2. The United States Marshal shall make, execute and deliver a Marshal's Deed to Waldorf Enterprises, at 3 Slappy Street, Quincy, Florida, to the property set forth above; and

3. The following costs of litigation and sale are approved and taxed.

| USAO DETAILED COSTS | Amount |
|---|---:|
| Record Lis Pendens | 11.50 |
| Update Abstract | 125.00 |
| Record Final Judgment | 24.00 |
| Publication - Notice of Sale (2002-1st) | 135.00 |
| Publication - Notice of Sale (2003-2nd) | 130.00 |
| Publication - Notice of Sale (2004-3rd) | 150.00 |
| Publication - Notice of Sale (2005-4th) | 221.00 |
| Publication - Notice of Sale (2007-5th) | 261.04 |
| **TOTAL** | **$1057.54** |

and

| USMS DETAILED COSTS | Amount |
|---|---:|
| Service of Process (Pre-Judgment) | 172.05 |
| Publication (Notice of Sale) | 100.00 |
| Deed | 20.00 |
| USMS Sale Fee ( _3_  hour(s)) | 135.00 |
| Mileage (Round Trip = 52 miles) (City: Quincy) | 25.22 |
| USMS Commission | 990.00 |
| **TOTAL** | **$1,442.27** |

4.  From the sale proceeds, the United States Marshal shall disburse as follows:

| | |
|---|---:|
| U.S. Marshal (Pre/Post Judgment Costs) | $1,442.27 |
| U.S. Attorney (Pre/Post Judgment Costs) | $1,057.54 |
| USDA - Rural Development (Total after costs) | $62,412.00 |

**DONE and ORDERED** this <u>second</u> day of October, 2007.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge